**Opinion filed April 11, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00109-CV

_____

## IN THE INTEREST OF A.J.G. AND L.R.G., CHILDREN

**On Appeal from the 29th District Court**
**Palo Pinto County, Texas**
**Trial Court Cause No. C48678**

### M E M O R A N D U M   O P I N I O N

Appellant has filed a pro se notice of appeal from an order granting a motion to consolidate trial court cause nos. C44261 and C48678, which involve the same children. Upon reviewing the documents filed in this court, we wrote Appellant and informed him that it did not appear that this court had jurisdiction to entertain his appeal. We requested that Appellant respond and show grounds to continue this appeal. *See* TEX. R. APP. P. 42.3.

Appellant has filed a response in which he asserts four substantive grounds related to the motion to consolidate. Appellant, however, fails to show grounds upon which this appeal may continue at this time. Unless specifically authorized by

statute, appeals may be taken only from final judgments. *Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–41 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An order consolidating two related trial court causes is not a final, appealable order as it does not dispose of all of the parties' claims below. Furthermore, we are aware of no statutory authority that permits an interlocutory appeal from an order of consolidation.

Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

April 11, 2019

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.